STATE *v.* THOMAS HOWARD, alias William Clark.

(*November* 17, 1931.)

PENNEWILL, C. J., HARRINGTON and RICHARDS, J. J., sitting.

*Reuben Satterthwaite,* Attorney-General, *Charles F. Richards* and *David J. Reinhardt, Jr.,* Deputy Attorneys-General, for the State.

*Ellwood F. Melson* and *Louis L. Redding* for the defendant.

Court of Oyer and Terminer for New Castle County, November Term, 1931.

Indictment for rape, No. 74, November Term, 1931.

PENNEWILL, C. J.: The contention of the defendant's attorney may be in conformity with the trend of recent authority; but we cannot disregard a decision in our own state which seems to be directly in point. *State v. Turner, Houst. Cr. Cas.* 76.

The objection of the State is, therefore, sustained.